UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN C. BRYAN,<br><br>                                Petitioner,<br>      v.<br>WASHOE TRIBAL COUNCIL, *et al.*,<br><br>                              Respondents. | Case No. 3:23-cv-00186-ART-CSD<br><br>**Order Granting Extension to Respond to Show-Cause Order to December 20, 2023**<br><br>(ECF No. 16) |

      Steven C. Bryan seeks an extension of time to respond to this Court's order to show cause why his habeas corpus petition, brought under 28 U.S.C. § 2241 and under the habeas provision of the Indian Civil Rights Act, should not be dismissed as unexhausted and premature. (ECF No. 16.) Good cause appearing,

      It is ordered that Petitioner's motion for extension of time to respond to the show-cause order **(ECF No. 16) is GRANTED. The deadline to respond is extended to December 20, 2023**.

      DATED THIS 24th day of October 2023.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE