UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN C. BRYAN, | Case No.: 3:23-cv-00186-ART-CSD |
| Petitioner, | Order Granting Stipulation to Dismiss |
| v. | |
| WASHOE TRIBAL COUNCIL, *et al.*, | |
| Respondent. | |

Steven C. Bryan filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 and under the habeas provision of the Indian Civil Rights Act. (*See* ECF No. 6 at 2.) He sought to challenge his banishment or potential banishment from the Washoe Tribe of Nevada and California.[1] The Court granted his motion for counsel and appointed the Federal Public Defender ("FPD"). (ECF No. 29.)

On July 9, 2024, through the FPD and the general counsel for the Washoe Tribe, the parties submitted a stipulation to dismiss the petition without prejudice. (ECF No. 37.) Good cause appearing,

---

[1] Federal courts have exercised jurisdiction to hear certain disputes regarding banishment actions. *See Poodry v. Tonawanda Band of Seneca Indians*, 85 F.3d 874 (2d Cir. 1996); *Sweet v. Hinzman*, 634 F.Supp.2d 1196, 1198 (W.D. Wash. 2008).

It is ordered that the **stipulation to dismiss (ECF No. 37) is granted**. The petition is dismissed without prejudice. The Clerk of Court is directed to enter judgment accordingly and close this case.

DATED THIS 22nd day of July 2024.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE